# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2620
LT Case No. 2010-CA-6842

_____

SHAWN HILLERY A/K/A SHAWN
LAVAR HILLERY A/K/A SHAWN
LAVAR HILLARY,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Donna L. McIntosh, Judge.

Jonathan E. Mills, Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

March 12, 2024

PER CURIAM.

     AFFIRMED.

LAMBERT, SOUD, AND MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____